IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 4:91-cr-71 |
| | : | 4:16-cv-1294 |
| v. | : | |
| | : | Hon. John E. Jones III |
| GENE ALLEN HERROLD, | : | |
| Defendant. | : | |

## ORDER

### December 20, 2016

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Motion to Correct Sentence under 28 U.S.C. § 2255 (Doc. 201) of Gene Herrold is **GRANTED** to the extent discussed in the accompanying Memorandum.

2. Herrold's sentence of January 29, 1993 is **VACATED**.

3. Herrold is **RESENTENCED** to a term of 120 months imprisonment on Count 1 and a consecutive term of 60 months imprisonment on Count 2.

4. Except as provided herein, all other provisions of the Judgment and Commitment (Doc. 114) dated January 29, 1993 shall remain in effect.

5. Herrold's Motion for Bond Pending Habeas Proceeding (Doc. 211) is **DISMISSED AS MOOT**.

6. The Clerk of Court is directed to **CLOSE** the civil action number assigned to this matter, 4:16-cv-1294.

s/ John E. Jones III
John E. Jones III
United States District Judge
